IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*********************************************

UNITED STATES OF AMERICA

                                                                                    **Criminal Action No.**
                                                                                   3: **09-MJ-380 (GJD)**

v.

**SALVATORE DEPAOLA and**
**STEEVENS ESPITIA OLIVEROS**

                                  **Defendant.**

*********************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Count 1 of Criminal Complaint No. 09-MJ-380 against Salvatore DePaola and Steevens Espitia Oliveros, the defendants.

The reason(s) for this dismissal are (check one or more):

    \_\_\_ Case transferred to another District

    \_\_\_ Speedy Trial Act

    \_\_\_ Defendant's cooperation

    \_\_\_ Insufficient evidence at this time

   __X__  Other:      <u>To continue investigation without speedy trial constraints.</u>

With respect to this dismissal, defendant (check one):

___  Consents

___  Objects

__X__  Has not been consulted

This dismissal is without prejudice.

                                           ANDREW T. BAXTER  
                                         United States Attorney

                                         */s/ signature*

                      By:   Craig A. Benedict  
                             Assistant U.S. Attorney  
                             Bar Roll No. 101130

      Leave of court is granted for the filing of the foregoing dismissal, without prejudice.

Dated:     September 21, 2009           _____  
              Syracuse, New York       Hon. Gustave J. DiBianco  
                                           United States Magistrate Court Judge